**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO.: 1:08-CR-8-SPM

JOSEPH ANTHONY WILLIAMS, JR.

    Defendant.
_____/

## JUDGMENT OF ACQUITTAL

The Defendant was found not guilty as charged in the Indictment. IT IS ORDERED that the Defendant is acquitted and hereby discharged.

DONE AND ORDERED this <u>twentieth</u> day of November, 2008.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge